| WD# | DT# | DT Sq Feet, per lease | WD Date Lease Signed | Winn-Dixie Recording Info | DT Lease Begin, per DT Leases | Date DT Store Opened (per DT) | DT Store Open/ Closed? | Actual Notice, WD referenced in DT lease | Winn-Dixie Groc. Exclus. | Violations, Investigations 2003-04 (Groc. Sq') | Violations, Investigations 2011 (Groc. Sq') | Violations, Sales Area Groceries DT Store Diagrams | Date of DT Store Diagrams | SHOPPING CENTER | Address2 | City | State |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 84 | 2804 | 10,080 | 09/24/86 | 10/14/1986 ORB 500, Page 1259 Nassau Co., FL | 2/26/04 | 5/4/04 | OPEN | WD Groc. Exclusive in DT Lease | Up to 500 sq' of Groceries allowed. | | 10/24/11 Inv. (1,436.6) | 1,476 sq. ft. | 7/29/2004 | AMELIA PLAZA | 947 AMELIA PLAZA | FERNANDINA BEACH | FL |
| 116 | 1135 | 4,800 | 03/19/96 | 03/28/1996 ORB 1891, Page 33 Leon Co., FL | 8/12/98 | 9/29/98 | CLOSED, 4/30/2011 | | Up to 500 sq' of Groceries allowed. | | | 1,489 sq. ft. | 2/2/2011 | TALLAHASSEE NEIGHBORHOOD MRKTP | 110 PAUL RUSSELL ROAD | TALLAHASSEE | FL |
| 166 | 582 | 3960, expanded to 8450, 7/28/08 | Short form lease in file dated 10/9/87 - new lease dated 5/11/1994 | 05/13/1994 ORB 526, Page 245 Camden Co., GA | 6/14/1996 New lease 7/28/09 | 9/23/09 | OPEN | WD Groc. Exclusive in DT 2009 Lease | Up to 500 sq' of Groceries allowed. | | 10/22/11 Inv. (1,335.1) | 1,427 sq. ft. | 5/27/2009 | CAMDEN CORNERS SHOPPING CENTER | 1390 E. BOONE AVE | KINGSLAND | GA |
| 228 | 1566 | 7,500 | 05/22/96 | 06/20/1996 ORB 25031, Page 758 Declaration recorded 07/28/2003 ORB 35689, Page 1301 Broward Co., FL | 4/27/00 | 10/21/00 | OPEN | WD Groc. Exclusive in DT Lease | Up to 500 sq' of Groceries allowed. | 2003 Inv. (1078) | Inv (1585) | 912 sq. ft. | 6/15/2000 | PALM-AIRE PLAZA | 277 S POMPANO PARKWAY | POMPANO BEACH | FL |
| 236 | 4365 | 14,000 | 11/20/67 | 01/26/1968 ORB 3586, Page 499 Broward Co., FL | 2/9/10 | 9/28/10 | OPEN | WD Groc. Exclusive in DT Lease | Up to 400 sq' of Groceries allowed. | | Inv (2774.5) | 1,730 sq. ft. | 1/20/2010 | SOUTHLAND PLAZA | 941 SW 24TH STREET | FT. LAUDERDALE | FL |
| 254 | 723 | 15,000 | 06/08/84 | 06/21/1984 ORB 12183, Page 2328 Miami-Dade Co., FL | 6/9/93 | 11/19/93 | OPEN | WD Mentioned in Restrictions of DT 2003 Amended Lease | No Grocery Sales allowed w/o WD permission | | Inv (1984) | 2,205 sq. ft. | 8/18/2004 | CONCORD SHOPPING MALL | 11241 S.W. 40TH STREET | MIAMI | FL |
| 255 | 4199 | 12,000 | 04/24/95 | 05/09/1995 ORB 8738, Page 1313 Palm Beach Co., FL | 5/27/09 | 10/15/09 | OPEN | WD Groc. Exclusive in DT Lease | Up to 500 sq' of Groceries allowed. | | Inv (2137) | 1,758 sq. ft. | 5/13/2009 | MARKETPLACE OF DELRAY | 14595 S. MILITARY TRAIL | DELRAY BEACH | FL |
| 309 | 2159 | 12,000 | 06/23/97 | 07/29/1997 ORB 9910, Page 342 Palm Beach Co., FL | 12/17/1999. assign to DT 12/18/01 | 6/15/02 | OPEN | | Up to 500 sq' of Groceries allowed. | 2003 Inv. (1498) | Inv (2174) | 1,625 sq. ft. | 6/3/2002 | PALM COAST PLAZA | 7915 S. DIXIE HIGHWAY | WEST PALM BEACH | FL |
| 353 | 2117 | 9,100 | 08/20/80 | 02/01/1981 ORB 11013, Page 501 Miami-Dade Co., FL | 11/13/01 | 4/27/02 | OPEN | WD Groc. Exclusive in DT Lease | Up to 500 sq' of Groceries allowed. | 2003 Inv. (1414) | 11/1/11 Inv. (1,352.9) | 1,334 sq. ft. 1,607 sq. ft. | 11/2/01 3/18/11 | PARKHILL PLAZA | 9565 W FLAGLER ST | MIAMI | FL |
| 378 | 4497 | 10,200 | 08/05/85 | 12/19/1985 ORB 12735, Page 2475 Miami-Dade Co., FL | 7/31/10 | 3/5/11 | OPEN | WD Groc. Exclusive in DT Lease | Up to 500 sq' of Groceries allowed. | | 11/1/11 Inv. (1,544.4) | 1,379 sq. ft. | 11/5/2010 | INTERCOASTAL MALL | 3805 NE 163RD ST | N MIAMI BEACH | FL |
| 412 | 2838 | 10,143 | 12/02/83 | 05/22/1984 ORB 688, Page 248 Santa Rosa Co., FL | 5/31/04 | 3/24/05 | OPEN | WD Groc. Exclusive in DT Lease | Up to 500 sq' of Groceries allowed. | | 10/31/11 Inv. (1,616.2) | 1,273 sq. ft. | 1/11/2005 | TIGER POINT SHOPPING CENTER | 3355 GULF BREEZE PARKWAY | GULF BREEZE | FL |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WD# | DT# | DT Sq Feet, per lease | WD Date Lease Signed | Winn-Dixie Recording Info | DT Lease Begin, per DT Leases | Date DT Store Opened (per DT) | DT Store Open/ Closed? | Actual Notice, WD referenced in DT lease | Winn-Dixie Groc. Exclus. | Violations, Investigations 2003-04 (Groc. Sq') | Violations Investigations 2011 (Groc. Sq') | Violations, Sales Area Groceries DT Store Diagrams | Date of DT Store Diagrams | SHOPPING CENTER | Address2 | City | State |
| 13 | 443 | 2160 | 5400, expanded to 10,512. 8/21/10 | 4/11/83 | 10/25/1983 DB 2249, Page 284 Muscogee Co., FL | 2/3/2000 (McCrory Lease, assigned to DT 12/10/01). New Relocation lease dated 4/23/2010 | 7/22/10 | OPEN | WD Mentioned in Restrictions of DT 2010 Lease | Up to 500 sq' of Groceries allowed. | | Inv (1538) | 1,167 sq. ft. 1,547 sq. ft. | 1/4/2005 6/7/10 | FOUNTAIN PARK | 4231 MACON ROAD | COLUMBUS | GA |
| 14 | 456 | 4133 | 8,300 | 2/11/94 | 05/04/1994 Recorded Card 093152 Tallapoosa Co., FL | 2/24/08 | 5/23/09 | OPEN | WD Groc. Exclusive in DT Lease | Up to 500 sq' of Groceries allowed. | | Inv (1184) | 1,183 sq. ft. | 3/23/2009 | THE MARKETPLACE | 1061 U.S. HWY, 280 EAST | ALEXANDER CITY | AL |
| 15 | 461 | 2395 | 10,125 | 11/14/96 | 11/15/1996 ORB 9613, Page 5594 Declaration recorded 11/15/1996 ORB 9613, Page 5592 Jefferson Co., FL | 9/30/02 | 11/13/02 | OPEN | | Up to 500 sq' of Groceries allowed. | | Inv (1458) | 1,336 sq. ft. | 9/6/2002 | TRUSSVILLE MARKETPLACE | 465 MAIN STREET | TRUSSVILLE | AL |
| 16 | 463 | 153 | 2,640 Old Lease; New lease, 6,200 | 12/12/89 | 02/13/1991 ORB 1147, Page 617 Indenture recorded 12/1989 in ORB 1041, Page 1 Montgomery Co., AL | 1/14/91 | 4/23/91 | OPEN | | Up to 500 sq' of Groceries allowed. | | Inv (1264) | 1,176 sq. ft. | 7/11/2001 | THE PROMENADE | 2730 EASTERN BOULEVARD | MONTGOMERY | AL |
| 17 | 471 | 4637 | 9,800 | 1/31/84 | 11/02/1984 Book 758, Page 450 Covington Co., AL | 2/24/11 | 4/18/11 | OPEN | WD Groc. Exclusive in DT Lease | Up to 500 sq' of Groceries allowed. | | | 1,661 sq. ft. | 1/25/2011 | THREE NOTCH PLAZA | 1130 BY PASS | ANDALUSIA | AL |
| 18 | 501 | 4266 | 7,800 | 12/16/88 | 01/06/1989 ORB 996, Page 298 Santa Rosa Co., FL | 8/31/09 | 9/26/09 | OPEN | WD Groc. Exclusive in DT Lease | Up to 500 sq' of Groceries allowed. | | 10/31/11 Inv. (1,268.4) | 1462 sq. ft. | 6/30/2009 | NAVARRE SQUARE | 8674 NAVARRE PARKWAY | NAVARRE | FL |
| 19 | 514 | 3382 | Expanded to 9,504 as of 12/4/07 | 5/20/92 - replaced and superceded by lease dated 1/13/1995 | 04/26/1995 Instrument #1995-10844 Shelby Co., AL | 10/31/2002 assigned to DT 3/26/06 | 3/26/06 | OPEN | WD Groc. Exclusive in DT 2007 Lease | Up to 1,000 sq' of Groceries allowed. | | Inv (1710) | 915 sq. ft. | 10/11/2007 | VALLEYDALE MARKETPLACE | 2653 VALLEYDALE ROAD | BIRMINGHAM | AL |
| 20 | 577 | 4625 | 10,103 | 9/9/94 | 10/03/1994 ORB 1190, Page 265 Walton Co., FL | 2/3/11 | 5/11/11 | OPEN | WD Groc. Exclusive in DT Lease | Up to 500 sq' of Groceries allowed. | | 10/26/11 Inv. (1,803.2) | 1,767 sq. ft. | 1/19/2011 | DEFUNIAK SQUARE | 1030 HWY 331 SOUTH | DEFUNIAK SPRINGS | FL |
| 21 | 599 | 2936 | 12,232 | 11/20/96 | 01/03/1997 ORB 728, Page 1940 Declaration recorded ORB 91, Page 244 Baldwin Co., AL | 9/27/04 | 11/15/04 | OPEN | WD Groc. Exclusive in DT Lease | Up to 500 sq' of Groceries allowed. | | 10/28/11 Inv. (1,184) | 1,664 SQ. FT. | 9/9/2004 | BALDWIN SQUARE | 187 BALDWIN SQUARE | FAIRHOPE | AL |
| 22 | 632 | 4339 | 13,000 | 1/13/84 | 07/06/1984 ORB 2251, Page 2051 Polk Co., FL | 12/14/09 | 3/27/10 | OPEN | WD Groc. Exclusive in DT Lease | Up to 500 sq' of Groceries allowed. | | 10/25/11 Inv. (1,550) | 1,722 SQ. FT. | 12/4/2009 | IMPERIAL CHRISTINA | 6902 SOUTH FLORIDA AVE | LAKELAND | FL |

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WD# | DT# | DT Sq Feet, per lease | WD Date Lease Signed | Winn-Dixie Recording Info | DT Lease Begin, per DT Leases | Date DT Store Opened (per DT) | DT Store Open/ Closed? | Actual Notice, WD referenced in DT lease | Winn-Dixie Groc. Exclus. | Violations, Investigations 2003-04 (Groc. Sq') | Violations Investigations 2011 (Groc. Sq') | Violations, Sales Area Groceries DT Store Diagrams | Date of DT Store Diagrams | SHOPPING CENTER | Address2 | City | State |
| 23 | 647 | 4511 | 10,800 | 10/28/77 | 11/15/1977 ORB 3302, Page 1379 Hillsborough Co., FL | 8/10/10 | 10/29/10 | OPEN | WD Groc. Exclusive in DT Lease | Up to 500 sq' of Groceries allowed. | | Inv (2096) | 1,958 SQ. FT. | 7/19/2010 | NORTH GROVE SHOPPING CENTER | 725 MARTIN LUTHER KING BLVD, W | SEFFNER | FL |
| 24 | 656 | 4230 | 8,048 | 6/22/88 | 08/15/1988 ORB 1231, Page 447 re-recorded 12/18/00 ORB 1659, Page 5015 Manattee Co., FL | 7/6/09 | 8/18/09 | OPEN | WD Groc. Exclusive in DT Lease | Up to 500 sq' of Groceries allowed. | | Inv (1498) | 1,080 SQ. FT. | 6/9/2009 | SHOPPES OF PARADISE BAY | 7400 44 AVE WEST | BRADENTON | FL |
| 25 | 657 | 807 | 4,000, expanded to 9500, as of 10/13/09 | 04/29/96 | 06/21/1996 ORB 2866, Page 33 Sarasota Co., FL | 12/31/97 | 9/4/98 | OPEN | | Up to 500 sq' of Groceries allowed. | | Inv (1673) | 1,338 SQ. FT. | 9/14/2009 | SARASOTA TOWNE CENTER | 5400 FRUITVILLE RD | SARASOTA | FL |
| 26 | 658 | 4550 | 9,100 | 3/25/74 | 04/08/1974 ORB 4157, Page 246 Pinellas Co., FL | 10/12/10 | 2/25/11 | OPEN | WD Groc. Exclusive in DT Lease | Up to 500 sq' of Groceries allowed. | | Inv (1749) | 1,380 SQ. FT. | 9/16/2010 | CARTER PLAZA | 15200 MUNICIPAL DRIVE | MADERIA BEACH | FL |
| 27 | 678 | 4181 | 8,450 | 6/23/83 | 11/09/1983 ORB 4216, Page 1783 Hillsborough Co., FL | 4/16/09 | 7/14/09 | OPEN | WD Groc. Exclusive in DT Lease | Up to 500 sq' of Groceries allowed. | | Inv (1556) | 1,337 sq. ft. | 3/26/2009 | RIVER BAY PLAZA | 9802 SOUTH US 301 | RIVERVIEW | FL |
| 28 | 705 | 1805 | 7,607 | 4/6/94 | 08/24/1994 ORB 3430, Page 513 Polk Co., FL | 9/19/00 | 5/26/01 | OPEN | | No Grocery Sales allowed w/o WD permission | 2003 Inv. (975.5) | 10/26/11 Inv. (1,218) | 769 sq. ft. | 3/26/2001 | | 36019 US HWY 27 NORTH | HAINES CITY | FL |
| 29 | 737 | 986 | 4200, expanded to 10,477 as of 3/7/11 | 07/03/96 | 11/05/1998 ORB 1655, Page 652 Charlotte Co., FL | 1/7/98 | 4/3/1998; new lease 3/7/11 | OPEN | WD Groc. Exclusive in DT 2011 Lease | Up to 500 sq' of Groceries allowed. | 2003 Inv. (628); 2005 Inv. 596 | 10/26/11 Inv. (1,372) | 1,587 sq. ft. | 2/18/2011 | KINGS CROSSING SHOPPING CTR | 2000 KINGS HIGHWAY | PORT CHARLOTTE | FL |
| 30 | 1555 | 2161 | 8,640 | 3/6/86 | 07/09/1986 File No. 86-022577 Lafayette, LA | 4/30/2000; assigned DT 12/1/01 | 5/21/02 | OPEN | WD Mentioned in Restrictions | Up to 500 sq' of Groceries allowed. | | Inv (2235) | 1,219 sq. ft. | 2/11/2001 | EVANGELINE PLAZA | 3803-F MOSS STREET | LAFAYETTE | LA |
| 31 | 2205 | 2714 | 10,700 | 2/28/96 | 06/05/1996 ORB 2254, Page 1472 Marion Co., FL | 8/27/03 | 10/31/03 | OPEN | WD Groc. Exclusive in DT Lease | Up to 500 sq' of Groceries allowed. | | 10/20/11 Inv. (1,507.5) | 1,292 sq. ft. | 9/2/2003 | BELLEVIEW REGIONAL SHOPPING CE | 10393-97 SE HWY 441-27 | BELLEVIEW | FL |
| 32 | 2230 | 892 | 8,400, expanded to 10,891 as of 3/17/11 | 12/01/88 | 01/12/1989 ORB 2975, Page 326 Brevard Co., FL | 8/23/97 | 9/12/97 | OPEN | | Up to 500 sq' of Groceries allowed. | | 10/31/11 Inv. (3,384) | 1,024 sq. ft. 1,605 sq. ft. | 1/30/01 5/13/11 | PALM BAY WEST | 190 MALABAR RD SW | PALM BAY | FL |
| 33 | 2311 | 332 | 6000, new store 13,000 as of 3/2/10 | 11/15/82 | 12/17/1982 ORB 2409, Page 812 Volusia, Co., | 1/26/00 | 7/16/00 | OPEN | WD Groc. Exclusive in DT Lease | Up to 500 sq' of Groceries allowed. | | Inv (1502) | 1,939 SQ. FT. | 2/16/2010 | RIVERWOOD SHOPPING CENTER | 4025 S NOVA ROAD | PORT ORANGE | FL |